IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CITY OF NATCHEZ, MISSISSIPPI                          PLAINTIFF

V.                                    CAUSE NO. 5:18-CV-10-DCB-MTP

TITAN TIRE CORPORATION OF NATCHEZ                     DEFENDANT

ORDER OF REMAND

This cause having come before the Court on Plaintiff City of Natchez, Mississippi's Motion to Remand [Doc. 7], and the Court having granted the Motion;

Accordingly,

IT IS HEREBY ORDERED that this case is REMANDED to the Circuit Court of Adams County, Mississippi.

SO ORDERED, this the 14th day of March, 2018.


                                      /s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE